Jerry J. Deschler, Jr., SBN 21569
JACKSON LEWIS LLP
801 K Street, Suite 2300
Sacramento, California  95814
(916) 341-0404
(916) 341-0141
deschlej@jacksonlewis.com

Attorneys for Defendant
TJ MAXX OF CA, LLC

Lynn Hubbard, III, SBN 69773
Scottlynn J. Hubbard, IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, California  95926
(530) 895-3252 - Office
(530) 894-8244 – Fax
USDCCentral@Hubslaw.com

Attorneys for Plaintiff
MICHAEL McCUNE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McCUNE,<br><br>    Plaintiff,<br><br>vs.<br><br>TJ MAXX OF CA, LLC dba TJ MAXX #0094; DONAHUE SCHRIBER REALTY GROUP, LP,<br><br>    Defendants. | **CASE NO:   2:10-CV-02776-MCE-KJM**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TJ MAXX OF CA, LLC TO RESPOND TO INITIAL COMPLAINT; ORDER**<br><br>Complaint served:        Nov 5, 2010<br>Current response date:   Nov. 29, 2010<br>New response date:       Dec. 27, 2010 |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 144, it is hereby stipulated by and between Plaintiff Michael McCune ("Plaintiff") and Defendant TJ Maxx of CA, LLC ("Defendant"), through their respective counsel, that Defendant TJ Maxx of CA, LLC shall have twenty-

1

eight (28) days, or until December 27, 2010, to respond to Plaintiff's Complaint. Defendant's response to Plaintiff's Complaint is currently due November 29, 2010.

Dated:  November 22, 2010          JACKSON LEWIS LLP


                                   By: /s/ Jerry J. Deschler, Jr.
                                       Jerry J. Deschler, Jr.

                                       Attorneys for Defendant
                                       TJ MAXX OF CA, LLC


Dated:  November 22, 2010          DISABLED ADVOCACY GROUP, APLC


                                   By: /s/ Scottlynn J. Hubbard, IV
                                       Lynn Hubbard, III
                                       Scottlynn J. Hubbard, IV

                                       Attorneys for Plaintiff
                                       MICHAEL McCUNE


       IT IS SO ORDERED.


DATED:  November 30, 2010
                                   _____
                                   MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE