Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

Jerry J. Deschler, Jr., SBN 21569
JACKSON LEWIS LLP
801 K Street, Suite 2300
Sacramento, CA  95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorney for Defendant
TJ Maxx of CA, LLC

## THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael McCune,<br><br>    Plaintiff,<br><br>    vs.<br><br>TJ Maxx of CA, LLC, et al.,<br><br>    Defendant. | Case No. 2:10-cv-02776-MCE-CMK<br><br>**Stipulation to Extend Time to File Dispositional Documents; Order** |

*McCune v. TJ Maxx of CA, LLC, et al.*                    Case No. 2:10-cv-02776-MCE-CMK
Stipulation to Extend Time to File Dispositional Documents
Page 1

1   WHEREAS on December 22, 2010, this Court issued an Order directing
2   all dispositional documents to be filed no later than February 7, 2011; and,

3   WHEREAS Plaintiff has not yet received the settlement funds agreed upon
4   under the terms of the Settlement Agreement,

5   The parties hereby stipulate to and jointly request that this Court enter an
6   order extending the date to file dispositional documents by three weeks to
7   February 28, 2011.

8   Dated: February 7, 2011          DISABLED ADVOCACY GROUP, APLC
9

10
11                                    _/s/_ Lynn Hubbard III_____/
                                      LYNN HUBBARD III
12                                    Attorney for Plaintiff

13  Dated: February 7, 2011          JACKSON LEWIS LLP
14

15
                                     _/s/_ Jerry J. Deschler, Jr._____/
16                                    JERRY J. DESCHLER, JR.
17                                    Attorney for Defendant TJ Maxx of CA, LLC

18

19                                   **<u>ORDER</u>**

20  Good cause having been shown, dispositional documents in the above-
21  captioned matter shall be filed on or before February 28, 2011.
22  IT IS SO ORDERED.

23
24  Dated:  February 10, 2011

25  _____
26  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

27

28

*McCune v. TJ Maxx of CA, LLC, et al.*                    Case No. 2:10-cv-02776-MCE-CMK
Stipulation to Extend Time to File Dispositional Documents
Page 2